# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

JONATHAN PLATERO,

    Plaintiff,

v.                                                     No. 1:11-cv-00415 BB/SMV

ACOMA-CANONCITO-LAGUNA SERVICE UNIT, et al.,

    Defendants.

## ORDER SETTING TELEPHONIC STATUS CONFERENCE

**Matter to be heard:**         Scheduling a settlement conference

**Date and time of hearing:**     Thursday, January 26, 2012, 10:20 a.m. - 10:35 a.m.

      A telephonic status conference is set for January 26 at 10:20 a.m.  Counsel shall call Judge Vidmar's "Meet Me" line at (505) 348-2357 to connect to the proceedings and shall confer with Judge Vidmar to choose a date on which to conduct a settlement conference in this case.  Counsel are reminded to have their calendars available for the hearing.

      **IT IS SO ORDERED.**

                                                              _____
                                                               STEPHAN M. VIDMAR
                                                                United States Magistrate Judge